IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BETH RULE and JENNIFER RIEDY, *On behalf of themselves and all others similarly situated,* : : : : | Case No.: 2:20-cv-00990-MPK |
| Plaintiff, : : | |
| v. : : | |
| UNIFUND CCR, LLC, : : | |
| Defendant. : | |

**UNOPPOSED MOTION FOR
FINAL APPROVAL OF SETTLEMENT OF CLASS ACTION**

Plaintiffs, Beth Rule and Jennifer Riedy, on behalf of themselves and all others similarly situated, ("Plaintiffs") by and through the undersigned counsel, now file this Unopposed Motion for Final Approval of Settlement of a Class Action. Through this motion pursuant to Federal Rules of Civil Procedure 23(a), 23(b)(3), 23(b)(2), and 23(e), Plaintiffs seek to have this Court grant final approval to the settlement agreement between Plaintiffs and Defendant that it preliminarily approved on January 22, 2021.

1. Plaintiffs incorporate by reference their Brief in Support of Motion for Final Approval of Settlement of Class Action.

WHEREFORE, For the foregoing reasons, Plaintiffs respectfully request that this Court enter the attached Order certifying on a final basis the settlement class under Rules 23(a), (b)(3) and b(2) and approving under Rule 23(e) the settlement as fair and adequate.

1

2

                                                                Respectfully Submitted,

                                                                **J.P. WARD & ASSOCIATES, LLC**

Date: April 19, 2021                                 By:  */s/ Joshua P. Ward, Esq.*
                                                                             Joshua P. Ward (Pa. I.D. No. 320347)
                                                                             Kyle H. Steenland (Pa. I.D. No. 327786)

                                                                             J.P. Ward & Associates, LLC
                                                                             The Rubicon Building
                                                                             201 South Highland Avenue
                                                                             Suite 201
                                                                             Pittsburgh, PA 15206
                                                                             Counsel for Plaintiffs