IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BETH RULE AND JENNIFER RIEDY,<br><br>Plaintiffs,<br><br>v.<br><br>UNIFUND CCR, LLC,<br><br>Defendant. | Civil Action No. 2:20-cv-00990-MPK<br><br>Re: ECF No. 52 |

**ORDER OF COURT**

AND NOW, this _7th_ day of March, 2022, upon consideration of the Joint Motion to Approve Compliance with Final Order and Judgment and Class Action Settlement Agreement (the "Motion") (CM/ECF Doc. No. 52) filed by Plaintiffs Beth Rule and Jennifer Riedy ("Plaintiffs") and Defendant Unifund CCR, LLC ("Unifund"), it is ORDERED that the Motion is GRANTED, as follows:

1. Unifund's compliance with the Final Order and Judgment and Class Action Settlement Agreement is APPROVED;

2. Unifund's proposal for resolving the issue with the Excluded Persons (discussed in Paragraph 11 of the Motion) is APPROVED;

3. Plaintiffs and Unifund shall notify each of the Excluded Persons of the relief described in Paragraph 11 of the Motion in a letter in substantially the same form as Exhibit B to the Motion (CM/ECF Doc. No. 52-2); and

4. Plaintiffs and Unifund shall file a Stipulation of Dismissal dismissing this case with prejudice once the letters have been sent to the Excluded Persons.

5. The Excluded Persons are not required to sign a Release, nor does the settlement release any claim they may have.

_____
Kelly, J.